■ DAVE WEISBERG, Appellant, v. HENRY E. McGUIGAN et al., Respondents. — Appeal from ex parte order of the Supreme Court, Bronx County, entered on March 18, 1960, denying plaintiff a preference pursuant to subdivision 5 of rule IV of the Rules of the Supreme Court, Bronx County, unanimously dismissed, with $10 costs and disbursements to the respondents. No opinion. Order, entered June 3, 1960, denying plaintiff's motion for reconsideration of his application for a preference pursuant to subdivision 5 of rule IV of the Rules of the Supreme Court, Bronx County, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ In the Matter of UNIVERSAL TILE CORP., Respondent, v. CHICAGO MASTIC COMPANY, Appellant.— Order, entered on March 25, 1960, which granted reargument, recalled original decision and granted defendant's motion to remove to the Supreme Court the action pending in the Municipal Court of the City of New Yok, First District, Borough of The Bronx, unanimously reversed, on the law, with $20 costs and disbursements to appellant, and the motion to remove denied, with $10 costs, on authority of Matter of Annis Int. v. Jamin Mfg. Co. (6 A D 2d 1003) and section 227-a of the Civil Practice Act. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ ROSE M. ROMANOFF et al., Respondents, v. CAFE HINDENBURG, INC., Appellant, et al., Defendant.— Order, entered on May 11, 1960, which after granting defendant-appellant's motion for reargument of plaintiffs' prior motion for an order, pursuant to section 299 of the Civil Practice Act, striking out defendant-appellant's answer and granting judgment in favor of plaintiffs and, upon reargument, adhered to the original decision, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ HELEN A. MURRAY, Respondent, v. JAMES A. MURRAY, Appellant.— Order, entered June 17, 1960, awarding plaintiff the sum of $125 per week alimony pendente lite and counsel fees in the sum of $1,000, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ DEZSO IVAN, Appellant, et al., Plaintiff, v. HERTZ CORPORATION et al., Respondents.— Order, entered on June 24, 1959, denying plaintiff's application for a preference pursuant to subdivision 5 of rule V of the New York County Supreme Court Trial Term Rules unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ PEDRO A. ROSA, Respondent, v. DORIS MELTZER et al., Appellants.— Order, entered on August 18, 1960, denying defendants-appellants' motion, pursuant to rule 90 of the Rules of Civil Practice, to compel plaintiff-respondent to serve an amended complaint separately stating and numbering different causes of action, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ IRIS FORREST, Appellant, v. MILTON R. FORREST, Respondent.— Order, entered on August 19, 1960, limiting the award of alimony pendente lite for the plaintiff and the award for the support of the infant children, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.